# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 18-86 |
| v. ) | |
| ) | Judge Cathy Bissoon |
| ANGEL RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant's Motion to Suppress (**Doc. 62**) will be denied. Having weighed the credibility of the testimony presented, the Court finds, by a preponderance of the evidence, that Defendant's brother, Alexander Rodriguez, consented to a search of the premises; and that the police did not exceed the scope of that consent. In searching for Defendant's cousin, in the basement, the detectives saw drug-contraband in plain sight. Thereafter, all three occupants signed a consent to search form; Defendant was mirandized; and he voluntarily made self-incriminating statements. No Fourth Amendment violation has been shown, and Defendant's Motion to Suppress is **DENIED**.

Also, consistent with the oral-rulings at yesterday's Hearing, Defendant's remaining Motions (**Docs. 59, 60 and 61**) are **DENIED AS MOOT**, subject to the instructions that: the government shall make **Rule 404(b) and 609** disclosures no later than **one week before trial**; and **Brady/Giglio** materials, and **expert disclosures under Rules 702, 703 and/or 705**, shall be provided no later than **ten days before trial**.

Finally, a jury trial is scheduled to commence on **February 18, 2020, at 9:00 a.m.**, in Courtroom 3A, United States Courthouse, 700 Grant Street, Pittsburgh, PA 15219.

**The trial must be completed within 3 business days** (not counting jury-deliberation), and an order setting trial-related deadlines will follow.

      IT IS SO ORDERED.

December 17, 2019                                      s\Cathy Bissoon
                                                                                Cathy Bissoon
                                                                                United States District Judge

cc (via ECF email notification):

All Counsel of Record